SLIP OP. 07-89
UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------x
DURFEY, et. al                :
                              :
          Plaintiffs,         :
                              :    Before: Pogue, Judge
          v.                  :    Court No. 06-00316
                              :
                              :
UNITED STATES SEC'Y           :
OF AGRICULTURE,               :
                              :
          Defendant.          :
------------------------------x
```

[Defendant's motion for Judgment on the Agency record granted.]

Dated: June 5, 2007.

Akin Gump Strauss Hauer & Feld LLP (Spencer Stewart Griffith, Bernd G. Janzen, Bryce V. Bittner) for the Plaintiffs Ted Durfey, Pam Durfey.

Peter D. Keisler, Assistant Attorney General; Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice (Delisa M. Sanchez); Jeffrey Kahn, Attorney, Office of the General Counsel, Department of Agriculture (of Counsel) for Defendant United States Secretary of Agriculture.

**OPINION AND ORDER**

**Pogue, Judge:** Plaintiffs, Ted and Pam Durfey, initiated this action on September 22, 2006, by filing a complaint seeking review of the United States Department of Agriculture's ("USDA") denial of Plaintiffs' application for Trade Adjustment Assistance ("TAA"). Defendant, the USDA, responded by filing a USCIT R. 12(b)(1) motion, seeking to dismiss the case for lack of subject matter jurisdiction, claiming that a final determination had yet to be

Court No. 06-00316                                              Page 2

issued by the USDA regarding the denial (or approval) of benefits.

The USDA subsequently did issue a final determination denying the

Durfeys' application, at which point Defendant filed a USCIT R.

12(b)(5) motion, requesting that the action be dismissed due to

Plaintiffs' failure to state a claim upon which relief could be

granted.

    The court determined that the issues raised by Defendant's

USCIT R. 12(b)(5) motion would require it to examine matters

outside the pleadings; therefore, and pursuant to the court's

authority under USCIT R. 12(b), on February 7, 2007, the court

converted Defendant's motion to a USCIT R. 56.1 motion for judgment

upon the agency record, and invited the parties to file briefs or

comments by March 7, 2007. Defendant, on March 7, 2007, submitted

a subsequent USCIT R. 56.1 motion for judgment on the agency

record.  The court has awaited Plaintiffs' response to either its

letter of February 7, 2007 or to Defendant's motion of March 7,

2007.   On May 10, 2007, Plaintiffs, who hitherto had been

proceeding pro se, obtained counsel who filed an appearance in this

case.

    As of today's date, Plaintiffs have not filed any response to

the Defendant's USCIT R. 56.1 motion.  Therefore, the court will

treat the Defendant's motion as uncontested.  Accordingly, the

court affirms the determination of the USDA denying Mr. and Mrs.

Durfey's TAA applications, and will enter judgment for the

Court No. 06-00316                                                    Page 3

Defendant.


        SO ORDERED.

Dated: June 5, 2007
       New York, N.Y.


                                        _____/s/_____
                                        Donald C. Pogue, Judge

SLIP OP. 07-89
UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------x
DURFEY, et. al                :
                              :
          Plaintiff,          :
                              :    Before: Pogue, Judge
          v.                  :    Court No. 06-00316
                              :
                              :
UNITED STATES SEC'Y           :
OF AGRICULTURE,               :
                              :
          Defendant.          :
------------------------------x
```

### Judgment

    This action has been duly submitted for decision, and this
Court, after due deliberation, has rendered a decision herein; now,
in conformity with that decision, it is hereby

ORDERED that the United States Department of Agriculture's motion
for Judgment on the Agency Record is granted; and it is further

ORDERED that this action is dismissed.


                                   _____/s/_____
                                   Donald C. Pogue
                                        Judge


Dated:    June 5, 2007
          New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of  the  court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____     By: _____
                                             Deputy Clerk